**O**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANXIAN ZHOU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JADDOU UR MENDOZA, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE; SUSAN M. CURDA AS DISTRICT DIRECTOR OF THE WESTERN REGION LOS ANGELES DISTRICT OFFICE OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; AND CORINA LUNA, LOS ANGELES FIELD OFFICE DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendants. | Case No. CV 22-06096 MEMF (MAAx)<br><br>**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [ECF NO. 9]** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until June 19, 2023.

Dated: December 28, 2022

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge